Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 5, 2025
Ravi Subramanian, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARISOL PEREZ DIAZ,<br>JORDAN MARTINEZ GAMEZ, and<br>RONI LICONA ESCOTO,<br><br>Defendants. | NO. CR25-211 JNW<br><br>**SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 28, 2025, in King County within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, RONI LICONA ESCOTO, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), and methamphetamine, substances controlled under Title 21, United States Code.

Superseding Indictment - 1
United States v. Perez Diaz, et al., CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that with respect to MARISOL PEREZ DIAZ and JORDAN MARTINEZ GAMEZ, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

The Grand Jury further alleges that with respect to RONI LICONA ESCOTO his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to RONI LICONA ESCOTO his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2

### (Conspiracy to Deal Firearms Without a License)

Beginning at a time unknown, and continuing until at least October 28, 2025, in King and Snohomish Counties, within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, and others known and unknown, did knowingly and intentionally conspire to deal firearms without a license.

Superseding Indictment - 2
*United States v. Perez Diaz, et al.*, CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Section 371.

## COUNT 3

### (Distribution of a Controlled Substance)

On or about March 27, 2025, in King County, within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4

### (Distribution of a Controlled Substance)

On or about May 8, 2025, in King County, within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

Superseding Indictment - 3
*United States v. Perez Diaz, et al.*, CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 5

**(Distribution of a Controlled Substance)**

On or about June 4, 2025, in King County, within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 6

**(Distribution of a Controlled Substance)**

On or about July 23, 2025, in King County, within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, RONI LICONA ESCOTO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

Superseding Indictment - 4
*United States v. Perez Diaz, et al.,* CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 7

### (Distribution of a Controlled Substance)

On or about October 2, 2025, in King County, within the Western District of Washington, and elsewhere, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, RONI LICONA ESCOTO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 8

### (Possession of a Controlled Substance with Intent to Distribute)

On or about October 28, 2025, in King County, within the Western District of Washington, and elsewhere, RONI LICONA ESCOTO, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: methamphetamine and cocaine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

Superseding Indictment - 5
United States v. Perez Diaz, et al., CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 8 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1 and 3 – 8, MARISOL PEREZ DIAZ, JORDAN MARTINEZ GAMEZ, and RONI LICONA ESCOTO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 2, MARISOL PEREZ DIAZ and JORDAN MARTINEZ GAMEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or

Superseding Indictment - 6
*United States v. Perez Diaz, et al.*, CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 11/5/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

CHARLES NEIL FLOYD
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

C. ANDREW COLASURDO
Assistant United States Attorney

Superseding Indictment - 7
United States v. Perez Diaz, et al., CR25-211 JNW
USAO No. 2025R01066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970