The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>MARISOL PEREZ DIAZ, ET AL.,<br>Defendants. | NO. CR25-211-JNW<br><br>**ORDER CONTINUING TRIAL** |

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a year-long investigation and there are multiple defendants charged in this, and the related matters, and there is a significant volume of discovery that has been produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, the parties' briefing reflects the extensive discovery in this matter which



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

includes DEA reports, DEA Laboratory Reports relating to forensic testing of controlled substances, reports relating to the tracing of firearms, reports relating to friction ridge (fingerprint) analyses, U.S. Postal Inspection Service reports, legal process obtained in the investigation (e.g., state and federal search warrants and PR/TT orders), surveillance photos, videos, and audio recordings relating to controlled buys and other enforcement operations, and reports, photos, and videos relating to the execution of the October 28, 2025, searches. To assist defense counsel with this voluminous discovery, the parties sought and obtained the appointment of Russell M. Aoki to serve as a Coordinating Discovery Attorney.

THE COURT FURTHER FINDS that the defendants and their respective attorneys need additional time to review the large amount of discovery provided. And, once reviewed, the defendants and their attorneys will need more time to confer and to discuss the evidence against them, potential pretrial motions, and possible defenses at trial. The Court recognizes that each of the defendants is in custody and requires the assistance of an interpreter, which has made the process of reviewing and discussing the discovery more difficult and time-consuming, and that the attorneys also have to effectively manage the demands of their other cases and upcoming trials.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendant in a speedy trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until April 19, 2027, at 9:00 a.m.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that pretrial motions will be filed no later than February 17, 2027.

IT IS ORDERED.

DATED this 17th day of August, 2026.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Joseph C. Silvio*
JOSEPH C. SILVIO
C. ANDREW COLASURDO
Assistant United States Attorneys

*s/ Abigail W.S. Cromwell*
ABIGAIL W.S. CROMWELL
Counsel for Marisol Perez Diaz

*s/ Jeniece LaCross*
JENIECE LACROSS
Counsel for Jordan Martinez Gamez

*s/ Sandy Baggett*
SANDY BAGGETT
Counsel for Roni Licona Escoto



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970